# United States Court of Appeals
## For the First Circuit

No. 19-2192

JOSÉ FRANCISCO LOJA-TENE,

Petitioner,

v.

WILLIAM P. BARR,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on September 21, 2020, is amended as follows:

On page 6, note 2, line 13, delete "cert. denied, 139 S. Ct. 1388 (2019)" and insert it, preceded by a comma, on page 7, note 2, line 3 to read: "proceedings"), cert. denied, 139 S. Ct. 1388 (2019)."